No. 5999.—Denis, aplte., v. Junta Examinadora de Maestros y Oficiales Plomeros, etc., apldos.—C. D. San Juan. Noviembre 10, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Estando vencido desde el 19 de agosto último el término de diez días que el apelante tenía para presentar su alegato escrito en apoyo de su recurso sin que hasta esta fecha lo haya radicado ni obtenido prórroga con tal fin, debemos desestimar y desestimamos esta apelación, como solicita la parte apelada.

No. 4901. — Planas, aplte., y Lugo, Alcaide Cárcel, apldo. — C. D. San Juan. Diciembre 12, 1932.

Llamada esta causa para la vista de la moción de desestimación presentada por el apelado, El Pueblo de Puerto Rico, sólo compareció éste por su fiscal, y habiendo informado el Secretario que el apelante fué notificado, sin que haya hecho alegación alguna en contra de la moción, y apareciendo que ha vencido con exceso el término reglamentario para la radicación del alegato, sin que se haya archivado, se desestima, por abandono, el recurso.

No. 6037.—Roses & Cía., Sucs., et als., apldos., v. Nieves y Rodríguez, apltes.—C. D. Bayamón. Enero 19, 1933.

Por cuanto, la parte apelada solicitó la desestimación del recurso en moción de 31 de diciembre último notificada a la parte contraria y cuya vista se celebró el 16 de enero actual; y

Por cuanto, de dicha moción y de los autos aparece que el 27 de agosto, 1932, venció la última prórroga que se concediera a la parte apelante para archivar su alegato sin que lo hiciera entonces ni después;

Por tanto, de acuerdo con la ley, el reglamento y la jurisprudencia aplicables, se declara con lugar la moción y en su consecuencia se desestima, por abandono, el recurso.

No. 5459.—Mutual Rice Co., Inc., aplte., v. Truyol, apldo.— C. D. Guayama. Febrero 16, 1933.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

A la moción de desestimación de la parte apelada de 26 de enero, 1933, vista el 6 de febrero actual, habiendo la parte apelante archivado su alegato el 27 de enero último, no ha lugar.